THOMPSON, Presiding Judge,
concurring specially.
I concur with the main opinion based on the precedent from this court and our supreme court’s analysis of issues regarding the overtime pay of deputy sheriffs pursuant to § 36-21-4.1, Ala.Code 1975. See Hale v. Randolph County Comm’n, 423 So.2d 893 (Ala.Civ.App.1982), and Geneva County Comm’n v. Tice, 578 So.2d 1070 (Ala.1991). I write specially to note that the legislature could resolve this issue by clarifying whether it intended § 36-21-4 or § 36-21-4.1, Ala.Code 1975, to govern the overtime pay of deputy sheriffs.
PITTMAN, J., concurs.